UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/18/2024
```

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>XAVIER ARAU, HENRY JONES, CASSIUS MILLER, ELIJAH PERKINS, JAMIE WILKINS, DAIVON MORGAN, ROBERTO ESPINOSA, AMIER WILSON, DAVION TRUSTY, and JUAN REYES<br><br>Defendants. | 1:21-cr-00570-MKV<br><br>**ADJOURNMENT ORDER** |

MARY KAY VYSKOCIL, United States District Judge:

IT IS HEREBY ORDERED that the sentencing of Defendant Jamie Wilkins, previously scheduled for March 28, 2024 at 11:00 AM, is adjourned to June 20, 2024 at 11:00 AM.  The Clerk of Court respectfully is requested to terminate the letter motion pending at docket entry 261.

**SO ORDERED.**

**Date:  March 18, 2024**
**        New York, NY**                        **MARY KAY VYSKOCIL**
                                                **United States District Judge**